USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2017

# ZIMMERMAN LAW GROUP

**MEMO ENDORSED**

ATTORNEYS AT LAW
233 WATCHUNG FORK
WESTFIELD, NJ 07090
TEL: (908) 768-6408
FAX: (908) 935-0751
www.zimllp.com

Application GRANTED.

SO ORDERED.



5/19/2017

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

WRITER'S E-MAIL
jmz@zimllp.com

May 18, 2017

VIA ECF
Hon. Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Kaldren LLC v. American Express Company*
Case No. 1:17-cv-03625 (VEC)

Dear Judge Caproni:

I represent the plaintiff Kaldren LLC in the above-referenced action filed this past Monday. While the complaint was successfully filed via the Court's CM/ECF system, only two of the ten exhibits uploaded and attached to the complaint using the ECF system were successfully filed. All ten exhibits have since been e-mailed to the defendant.

So that the docket properly includes all of the exhibits referenced in plaintiff's complaint, I am writing to respectfully request 1) permission to refile the original, un-amended complaint filed this past Monday together with a corrected filing of all ten exhibits referenced therein whose attempted filing was unsuccessful, and 2) that the Court So Order the same.

Thank you for considering of these requests.

Respectfully,

/s/Jean-Marc Zimmerman

Jean-Marc Zimmerman

JMZ/bw
cc: Peter J. Corcoran, III, Esq.